Randall D. Naiman, Esq. - State Bar No. 81048
NAIMAN LAW GROUP, PC
4660 La Jolla Village Drive, Suite 500
San Diego, California 92122
(858) 535-4808 (telephone)
(858) 535-4809 (facsimile)
Randall@NaimanLaw.com (e-mail)

Attorney for Plaintiff, **ING BANK, FSB**

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| ING BANK, FSB,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM H. COLLINS; and DOES 1 to 6, inclusive,<br><br>Defendants. | Case No.: **12-cv-00016-ODW-AJW**<br><br>State Case No.: 56-2011-00406686-CL-UD-SIM<br><br>*The Honorable Otis D Wright, II*<br><br>**REMAND ORDER**<br><br>`cc: order, docket, remand letter to Superior Court Cournty of Ventura, Simi Valley` |

The Joint Stipulation to Remand of Plaintiff, ING Bank, FSB ("Plaintiff") and Defendant William H. Collins ("Defendant") for an order remanding this case to the Superior Court of California and good cause having been found,

IT IS HEREBY ORDERED THAT the parties Joint Stipulation to Remand is GRANTED. This case is remanded to the State Court from which it originated.

Dated: 2/1/12

_____
UNITED STATES DISTRICT COURT JUDGE

1

ORDER GRANTING JOINT STIPULATION